UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:15-cv-38 | 5/5/15 | 2:40 PM - 3:05 PM | Grand Rapids | Janet T. Neff |

### CASE CAPTION

| Plaintiffs: | Defendant: |
|---|---|
| Kevin Brott, et al. | United States of America |

### APPEARANCES

| Attorneys: | Representing: |
|---|---|
| Mark F. Hearne, II<br>Matthew L Vicari | Plaintiffs |
| Nicole Lynn Mazzocco<br>Tanya C. Nesbitt | Defendant |

### PROCEEDINGS

**NATURE OF HEARING:** Pre-Motion Conference held concerning Dkt 8; Order to issue.

Court Reporter: Kathy Anderson
Clerk: Kathleen Geiger-King