UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BROTT, ET AL,,

    Plaintiffs,                                                   Case No. 1:15-cv-38

v.                                                          HON. JANET T. NEFF

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

The Court having conducted a Pre-Motion Conference with counsel on May 5, 2015 concerning Defendant's proposed Motion to Dismiss (Dkt 8):

**IT IS HEREBY ORDERED** that the parties shall proceed with briefing the Motion to Dismiss in accordance with the following schedule:

(1)     Defendant's Motion and Brief shall be served not later than June 3, 2015;

(2)     Plaintiffs' Response shall be served within 28 days of service of the Motion;

(3)     Defendant's Reply, if any, shall be served within 14 days of service of the Response; and

(4)     The parties shall electronically file their respective motion papers as soon as the motion is fully briefed.

**IT IS FURTHER ORDERED** that Defendant's time for filing their answer/responsive pleading is extended until 14 days after a decision on the Motion to Dismiss.

The parties shall otherwise adhere to the requirements for briefing and filing dispositive motions, as set forth in Judge Neff's Information and Guidelines for Civil Practice, available on the Court's website (www.miwd.uscourts.gov).


Dated: May 6, 2015 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge