UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BROTT, et al.,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.
_____/

Case No: 1:15-cv-38

HON. JANET T. NEFF

**ORDER**

Pending before the Court is Plaintiffs' Unopposed Motion for an Extension of Time to File Their Response to the Government's Motion to Dismiss (Dkt 18), seeking an extension of time, until July 13, 2015, to serve their response to Defendant's motion to dismiss. The Court having reviewed the motion:

**IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion for an Extension of Time to File Their Response to the Government's Motion to Dismiss (Dkt 18) is GRANTED.

**IT IS FURTHER ORDERED** that the parties may proceed with briefing Defendant's motion to dismiss in accordance with the following briefing schedule:

(1)    Plaintiffs' Response shall be served no later than July 13, 2015;

(2)    Defendant's Reply, if any, shall be served within 14 days of service of the Response; and

(3)    The parties shall electronically file their respective motion papers as soon as the motion is fully briefed.

The parties shall otherwise adhere to the requirements for briefing and filing dispositive motions, as set forth in Judge Neff's Information and Guidelines for Civil Practice, available on the Court's website (www.miwd.uscourts.gov).


Dated: June 10, 2015  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge