UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KEVIN BROTT et al.,

              Plaintiffs,                     Case No. 1:15-cv-38

v.                                     HON. JANET T. NEFF

UNITED STATES OF AMERICA,

              Defendant.
_____/


## **JUDGMENT**

    In accordance with the Opinion and Order entered this date:

    **IT IS HEREBY ORDERED** that this case is DISMISSED.


Dated: March 28 , 2016              /s/ Janet T. Neff_____
                                   JANET T. NEFF
                                   United States District Judge